FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 9 2014

CENTRAL DISTRICT OF CALIFORNIA
BY_____DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND NELSON, | ) No. CV 13-04129-BRO (DFM) |
| Plaintiff, | ) |
| v. | ) Order Accepting Report and |
| WARDEN E. VALENZUELA, | ) Recommendation of United States |
| | ) Magistrate Judge |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

IT IS HEREBY ORDERED that:

1.    The Report and Recommendation is approved and accepted.

2.    Plaintiff's First Amended Complaint is hereby dismissed without leave to amend.

///

///

///

3.      Judgment shall be entered dismissing this case with prejudice.

Dated:  January 8, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

2