JS-6 / ENTER

*FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| RAYMOND NELSON,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN E. VALENZUELA,<br><br>Defendant. | No. CV 13-04129-BRO (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: January 8, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE

*ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY*